UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGE BURNS

                    Plaintiff,

          -against-

COE, ET AL,

                  Defendants.

25 CIVIL 9606 (LTS)

## CIVIL JUDGMENT

For the reasons stated in the February 5, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) .

SO ORDERED.

Dated:    February 10, 2026

        New York, New York

                          /s/ Laura Taylor Swain
                          LAURA TAYLOR SWAIN
               Chief United States District Judge